UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. |
| ANDREW GOODMAN,<br>Defendant. | ) 2:20-cr-54-1 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 14, 2020, in the District of Vermont, the defendant, ANDREW GOODMAN, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(A))

A TRUE BILL

███████████

FOREPERSON

_____
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
May 28, 2020

1